■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WALLACE, Appellant. [603 NYS2d 749] —Motion by the appellant on an appeal from a judgment of the County Court, Nassau County, rendered August 22, 1991, to vacate his waiver of his right to appeal.

Upon the papers submitted in support of the motion and the papers submitted in opposition thereto, it is,

Ordered that the motion is denied. Mangano, P. J., Sullivan, Balletta and O'Brien, JJ., concur.